UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| MICHAEL J. LOMBARDO AND MELISSA A. LOMBARDO<br><br>*Plaintiffs-Appellants*<br><br>v.<br><br><br>CITIMORTGAGE, INC.<br><br>*Defendant-Appellee* | NO. 22-1122<br><br><br><br>**APPELLANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE BRIEF AND APPENDIX** |

Pursuant to Fed. R. App. P. 26(b), Appellants, Michael J. Lombardo and Melissa A. Lombardo, by counsel, hereby move the Court to extend by 30 days the time in which to file their brief and appendix. This is the nineteenth motion to extend.

As grounds, Appellants state that they are continuing to work with the Appellees and the First Circuit Settlement Counsel, the Honorable Patrick King, in an effort to resolve the matter without further litigation. This extension will allow both the parties and the Court to conserve resources that may better be used to attempt to resolve this case. Counsel for the Appellee assents to this Motion.

WHEREFORE, Appellants request that the deadline to file their brief and appendix be extended by 30 days.

Respectfully submitted,

Appellants,
Michael J. Lombardo and Melissa A. Lombardo,
By counsel,

/s/ *Joe Dye Culik*
Joe Dye Culik
First Circuit Bar No. 1152602
DYE CULIK PC
1200 E. Morehead St., Suite 260
Charlotte, NC 28204
(980) 999-3557
jc@dyeculik.com

Dated: September 26, 2023

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2023.

| | |
|---|---|
| Michael Bornhorst | David J. Volkin |
| *mbornhorst@mayerbrown.com* | *djvolkin@volkinlaw.com* |
| Mayer Brown LLP | Law Offices of David J. Volkin |
| 71 S. Wacker Drive | One Boston Place, Suite 2600 |
| Chicago, IL 60606 | Boston, MA 02108 |

/s/ *Joe Dye Culik*
Joe Dye Culik