# United States Court of Appeals
## For the First Circuit

No. 22-1122

MICHAEL J. LOMBARDO; MELISSA A. LOMBARDO,

Plaintiffs - Appellants,

v.

CITIMORTGAGE, INC.,

Defendant - Appellee.

**ORDER OF COURT**

Entered: September 28, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Melissa A. Lombardo and Michael J. Lombardo to file a brief and appendix be enlarged to and including **October 30, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael Bornhorst
Joe Dye Culik
Lucia Nale
Kristin L. Thurbide
David J. Volkin